# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDEAVOR MESHTECH, INC., | Civil Action No._____ |
| Plaintiff, | **ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| MUELLER SYSTEMS, LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Endeavor MeshTech, Inc., pursuant to Federal Rule of Civil Procedure 7.1, states that Plaintiff has a parent corporation, Endeavor IP, Inc.  Endeavor IP, Inc. is a publicly held corporation and owns 10% or more of Endeavor MeshTech, Inc.'s stocks.

Respectfully submitted this 31st day of October, 2014.

*Attorneys for Plaintiff*
*Endeavor MeshTech, Inc.*

| | |
|---|---|
| | */s/ Stamatios Stamoulis* |
| **STAMOULIS & WEINBLATT LLC** | Stamatios Stamoulis #4606 |
| |     stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| |     weinblatt@swdelaw.com |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, Delaware 19809 |
| | Telephone: (302) 999-1540 |
| | |
| **HENINGER GARRISON DAVIS, LLC** | Jacqueline K. Burt, *Pro Hac Vice* Anticipated |
| |     Email: jburt@hgdlawfirm.com |
| | James F. McDonough, *Pro Hac Vice* Anticipated |
| |     Email: jmcdonough@hgdlawfirm.com |
| | Dara T. Jeffries, *Pro Hac Vice* Anticipated |
| |     Email: djeffries@hgdlawfirm.com |
| | 3621 Vinings Slope, Suite 4320 |
| | Atlanta, Georgia 30339 |
| | Telephone: (404) 996-0861, 0869, 0867 |
| | Facsimile: (205) 547-5502, 5515 |